IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| VELVIA R. MARTIN, individually and as Administratrix for the estate of CLAYTON MARTIN, <br><br>  Plaintiff <br><br> v <br><br> WILLIAM PERCELL LEACOCK, JR. and SUPER SERVICE, INC., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL NO. 1:05cv218 |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Ronald G. DeWaard of the law firm of Varnum, Riddering, Schmidt, Howlett, LLP to appear as additional counsel for Super Service, Inc. in this matter filed on June 6, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Ronald G. DeWaard of the law firm of Varnum, Riddering, Schmidt, Howlett, LLP is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: June 9, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge